Commonwealth ex rel. Kastle, Appellant, *v.* Maroney.

Submitted April 12, 1965.

*Wilbert Kastle,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.

Commonwealth ex rel. Lermineau, Appellant, *v.* Russell.

Submitted April 12, 1965.

*Dwayne Lermineau,* appellant, in propria persona; *Ferdinand F. Bionaz,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.

Commonwealth ex rel. Lowry, Appellant, *v.* Cavell.

Submitted April 12, 1965.

*Charles J. Lowry,* appellant, in propria persona; *W. Bertram Waychoff,* District Attorney, for appellee.

Order affirmed.

MONTGOMERY and HOFFMAN, JJ., dissent.

FLOOD, J., absent.